UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR10-223-MJP
Plaintiff, )
)
v. ) SUMMARY REPORT OF U.S.
) MAGISTRATE JUDGE AS TO
DARRIN PATRICK KLAUER, ) ALLEGED VIOLATIONS
) OF SUPERVISED RELEASE
Defendant. )
)

An initial hearing on supervised release revocation in this case was scheduled before me on June 28, 2011. The United States was represented by AUSA Stephen P. Hobbs and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

Defendant had been sentenced in the District of Utah on or about January 6, 2006 by the Honorable Dale A. Kimball on a charge of Credit Union Robbery, and sentenced to 46 months custody, thirty six months supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to drug testing, participate in drug treatment, not possess or consume alcohol or frequent places where alcohol is the chief item of order, and submit to DNA

sampling. (Dkt. 3 at 6.)

Jurisdiction of the defendant was transferred to this Court on July 20, 2010. On October 22, 2010, the conditions of supervised release were modified to require defendant to participate in a home confinement program with electronic monitoring for 90 days. (Dkt. 4.) On December 8, 2010, defendant admitted violating the conditions of supervised release by using cocaine, failing to appear for drug testing, and failing to participate in a drug abuse program. (Dkt. 10.) The disposition hearing was rescheduled to allow defendant to make progress in drug treatment, and no further sanction was imposed at the time. (Dkt. 18.)

In an application dated (Dkt. 19, 20), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of supervised release:

1. Failing to notify the probation officer ten days prior to any change in residence in violation of standard condition 6.

2. Failing to submit a truthful written report within the first five days of each month in violation of standard condition 2.

3. Failing to permit a probation officer to visit him at any time at home, in violation of standard condition 10.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

01   Pending a final determination by the Court, defendant has been released on supervision.

02   DATED this 28th day of June, 2011.

         _____
         Mary Alice Theiler
         United States Magistrate Judge

08   cc:   District Judge:         Honorable Marsha J. Pechman
           AUSA:                   Stephen P. Hobbs
09         Defendant's attorney:   Lynn Hartfield
           Probation officer:      Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3